1
2
3
4
5

Alex Asil Mashiri, Esq. (SBN 283798)
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

6
7

Attorney for Plaintiff:
PARIVASH HEKMAT

8

9   **UNITED STATES DISTRICT COURT**
    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   PARIVASH HEKMAT                    )   Case No. 16-cv-02194-BTM-JLB
                                        )
12                                      )
                                        )
13              Plaintiff,              )
                                        )   **NOTICE OF SETTLEMENT**
14        v.                            )
                                        )
15   GC SERVICES LIMITED                )
     PARTNERSHIP                        )
16                                      )
                                        )
17                                      )
                                        )
18              Defendant.              )
                                        )
19   _____)

20

21   **NOTICE IS HEREBY GIVEN** that Plaintiff PARIVASH HEKMAT

22   ("Plaintiff") and Defendant GC SERVICES LIMITED PARTNERSHIP have reached

23   a settlement.  The parties anticipate filing a joint motion dismissing the entire case

24   with prejudice within 60 days.

25        Because Plaintiff has reached a settlement with all Defendants in this case,

26   Plaintiff respectfully requests that all pleadings and filing requirements applicable to

27   this case as well as any scheduled hearings be vacated.

28

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

Respectfully submitted,

DATED:  November 2, 2016

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/ Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff,
PARIVASH HEKMAT

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

NOTICE OF SETTLEMENT