Alex Asil Mashiri, Esq. (SBN 283798)
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorney for Plaintiff:
PARIVASH HEKMAT

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIVASH HEKMAT<br><br>Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP<br><br>Defendant. | Case No. 16-cv-02194-BTM-JLB<br><br>**JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7.2, Plaintiff PARIVASH HEKMAT and Defendant GC SERVICES LIMITED PARTNERSHIP jointly move the Court to dismiss the entire case with prejudice. Each party to bear their own respective attorney's fees, expenses and costs.

DATED:  December 20, 2016          **MASHIRI LAW FIRM**
                                   A Professional Corporation

                                   By: /s/ Alex Asil Mashiri
                                   Alex Asil Mashiri
                                   Attorney for Plaintiff,
                                   PARIVASH HEKMAT

DATED: December 20, 2016          **HINSHAW & CULBERTSON LLP**

                                                    By: /s/ Renee Choy Ohlendorf
                                                    Renee Choy Ohlendorf
                                                    Attorney for Defendant,
                                                    GC SERVICES LIMITED
                                                    PARTNERSHIP

## SIGNATURE CERTIFICATION

Pursuant to Section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained defense counsel's approval for her electronic signature to this document.

DATED:  December 20, 2016          **MASHIRI LAW FIRM**
                                                    A Professional Corporation

                                                    By: /s/Alex Asil Mashiri
                                                    Alex Asil Mashiri
                                                    Attorney for Plaintiff,
                                                    PARIVASH HEKMAT

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939