**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARIVASH HEKMAT, <br><br> Plaintiff, <br><br> vs. <br><br> GC SERVICES LIMITED PARTNERSHIP <br><br> Defendant. | Case No. 16-cv-02194-BTM-JLB <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** |

Pending before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice. Having read the moving papers, and good cause appearing, the court **GRANTS** the motion, and **DISMISSES WITH PREJUDICE** the complaint in its entirety. Each party shall bear their own costs and expenses.

**IT IS SO ORDERED.**

**DATED:** December 21, 2016

_____
Hon. Judge Barry Ted Moskowitz
United States District Judge